Argued and submitted September 17, affirmed October 15, 2003

In the Matter of the Compensation of
Larraine A. Schwab, Claimant.

Larraine A. SCHWAB,
*Petitioner,*

*v.*

SAIF CORPORATION
and Peacehealth,
*Respondents.*

01-04693; A118746

78 P3d 103

Christopher D. Moore argued the cause and filed the briefs for petitioner.

Jerome P. Larkin argued the cause and filed the brief for respondents.

Before Haselton, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

Affirmed. *Beaver v. The Mill Resort and Casino,* 180 Or App 324, 43 P3d 460 (2002).